## Larry BOLLER, Appellant,

v.

## STATE of Missouri, Respondent.

### WD 77675

Missouri Court of Appeals, Western District.

Filed: October 27, 2015

Rehearing Denied December 22, 2015

Richard A. Starnes, Jefferson City, MO for respondent.

Jeannette L. Wolpink, Kansas City, MO for appellant.

Before Division Three: Karen King Mitchell, Presiding Judge, Lisa White Hardwick and Anthony Rex Gabbert, Judges

ORDER

Per Curiam

Larry Boiler appeals the denial of his Rule 24.035 motion following an *Alford* plea to two charges of possession of child pornography. Boiler contends his plea counsel was ineffective in providing him false information regarding the consequences of his plea and failing to interview potential witnesses. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).